IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3165 |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN CURTIS POHLMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On March 25, 2009, I accepted the defendant's guilty plea after consideration of the recommendation of Judge Piester. After that, the defendant sent me a letter indicating that he desires to withdraw his plea. The letter was received in my office on or about April 1, 2009. Accordingly,

IT IS ORDERED that:

1. The Clerk shall file the letter and provide counsel with a copy;

2. Treating the letter as a motion to withdraw the plea, this matter is referred to Magistrate Judge Piester for a report and recommendation.

3. The Clerk shall provide Judge Piester with a copy of this memorandum and order and a copy of the letter.

DATED this 3rd day of April, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge