IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3165 |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN CURTIS POHLMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

I have received another letter from the defendant. In this letter, he asks to withdraw his motion to withdraw his guilty plea. That request will be granted. Accordingly,

IT IS ORDERED that:

(1) The Clerk shall file the defendant's most recent letter and, treated as a motion, it is granted. The motion to withdraw the plea of guilty (filing 26) is withdrawn.

(2) The reference to Judge Piester (filing 25) is canceled and Judge Piester need not do anything further.

DATED this 16th day of April, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge