UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:08CR3165 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| JOHN POHLMAN, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 21st day of May, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On March 6, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 924(c), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts I, II, III, IV and V of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in Ruger 9mm handgun, serial number 307-75927, and a Norinco 12-gauge shotgun, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on March 16, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on May 15, 2009 (Filing No.37 ).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the Ruger 9mm handgun, serial number 307-75927, and a Norinco 12-gauge shotgun, held by any person or entity, is hereby forever barred and foreclosed.

C.  The Ruger 9mm handgun, serial number 307-75927, and a Norinco 12-gauge shotgun, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 21ˢᵗ day of May, 2009

BY THE COURT:

s/ *RICHAR D G. KOPF*, JUDGE
United States District Court