## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **4:08CR3165** |
| Plaintiff, | |
| vs. | **RELEASE ORDER** |
| JOHN CURTIS POHLMAN, | |
| Defendant. | |

The defendant is released subject to the following:

1)      The defendant shall appear at his revocation hearing scheduled for December 18, 2019 at 12:30 p.m. before the Honorable Richard G. Kopf, in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2)      The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

October 16, 2019.

BY THE COURT:

s/ Richard G. Kopf
United States Senior Judge