IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:08CR3165 |
| vs. | |
| JOHN CURTIS POHLMAN, | ORDER |
| Defendant. | |

Upon consideration of Defendant's impassioned plea and assurance that he will commit no further drug, alcohol, or weapons offenses,

IT IS ORDERED:

1) Defendant will be released from custody at 10:30 a.m. on November 27, 2019.

2) Defendant will be released from the Marshal's holding area in the Lincoln Federal Building.

3) Upon release, Defendant shall fully comply with the terms of his supervised release. Any further violations will result in detention.

4) The Clerk shall provide a copy of this order to the Marshal.

November 26, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge