IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN CURTIS POHLMAN,<br><br>　　　　　　Defendant. | 4:08CR3165<br><br>**ORDER** |

　　　　John Pohlman (USMS #22504-047) was sentenced to 18 months on a supervised release violation on April 13, 2021. Pohlman came into custody of the United States Marshals Service (USMS) on August 31, 2021, after serving approximately 12 months in state custody on related conduct, and is currently awaiting designation to the Federal Bureau of Prisons. On September 3, 2021, Pohlman was admitted to the hospital with a blood infection. The USMS has been providing support to the contracted guard service for Mr. Pohlman, but Mr. Pohlman may need to remain in the hospital for several days up to several months. Therefore, the United States Marshals Service requests that Mr. Pohlman be given a voluntary surrender to the USMS after his medical condition is resolved. That request is granted.

　　　　IT IS ORDERED that:

　　　　1.　　The USMS shall serve Mr. Pohlman with a copy of this order.

2. Upon release from the hospital, Mr. Pohlman shall self surrender to the USMS at the federal courthouse in Lincoln, Nebraska, immediately upon his release from the hospital.[1]

Dated this 7th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] In essence, this order provides that the USMS (or contract guards) need not take the defendant into custody while he is in the hospital.