IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHN CURTIS POHLMAN,<br><br>              Defendant. | 4:08CR3165<br><br>**ORDER** |

    I do not think it necessary to arrest Mr. Pohlman given his medical conditions. However, Mr. Pohlman shall make no further contact with his son or his son's mother, unless he first procures permission from his Probation Officer.

    IT IS SO ORDERED.

    IT IS FURTHER ORDERED that the Clerk shall a send a copy of this order to counsel of record, the Probation Office, Mr. Pohlman, and the mother of Mr. Pohlman's son.

    Dated this 20th day of September, 2021.

                                                      BY THE COURT:

                                                      *Richard G. Kopf*

                                                      Richard G. Kopf
                                                      Senior United States District Judge