IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:08CR3165 |
| vs. | |
| JOHN CURTIS POHLMAN, | ORDER |
| Defendant. | |

I have received the defendant's motion for compassionate release. The Probation Officer and the U.S. Attorney oppose the release and their opposition is convincing. I adopt those submissions. Therefore,

IT IS ORDERED that the motion for compassionate release (Filing 114, Filing 126) are denied.

Dated this 18th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge